UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 11-41436 |
| | ) | |
| NILU HOSPITALITY, INC. | ) | Chapter: 11 |
| | ) | Honorable Eugene R. Wedoff |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING MOTION TO EXCUSE RECEIVER WITH COMPLIANCE FROM 11 U.S.C. § 543**

This matter came before the Court on the Motion of Morton Community Bank ("MCB") to Excuse Receiver with Compliance from 11 U.S.C. § 543. The Court hereby grants the motion and orders:

1. The Receiver is excused from compliance with 11 U.S.C. § 543(a), (b) and (c).

2. The Receiver's continued possession of the Properties pursuant to the Receiver Order entered in Case No. 08-CH-24152 currently pending in Cook County is hereby authorized.

3. This relief is entered on a final/~~interim~~ basis.

4. This ~~matter is set for status/evidentiary hearing on_____ at _____ am/pm.~~

Enter: _/s/ Eugene R. Wedoff_

Honorable Eugene R. Wedoff
United States Bankruptcy Judge

Dated: **25 OCT 2011**

**Prepared by counsel of Movant:**

Kevin C. Driscoll, Jr.
BARNES & THORNBURG LLP
1 North Wacker Drive, Suite 4400
Chicago, Illinois 60606
Tel: (312) 357-1313
Fax: (312) 759-5646